**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/07/2017

IN RE:

LUCAS DANIEL OCHS
367 EAST BISSELL AVENUE
OIL CITY, PA 16301
XXX-XX-2597          Debtor(s)

Case No. 12-11531 TPA

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/7/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Address | Trustee Claim # | INT % | Court Claim # | Claim | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|---|---|
| BANK OF AMERICA(*) | 7105 CORPORATE DR, PLANO, TX 75024 | 1 | 0.00% | | 0.00 | PD@CID23*@WILSHIRE CREDIT/SCH | MORTGAGE REGULAR PAYMENT | 9492 |
| AARON'S SALES & LEASE | 1821 MCKEES ROCKS ROAD, MCKEES ROCKS, PA 15136 | 2 | 0.00% | | 0.00 | NT ADR~NO$/SCH | UNSECURED CREDITOR | 9445 |
| BANK OF AMERICA** | ATTN FIA CARD SVCS-PMT SVCS, 1000 SAMOSET DR, NEWARK, DE 19713 | 3 | 0.00% | | 0.00 | NT ADR~NO$~INFO ONLY/SCH | UNSECURED CREDITOR | 4895 |
| PRA/PORTFOLIO RECOVERY ASSOC | POB 12914, NORFOLK, VA 23541 | 4 | 0.00% | 2 | 536.06 | HSBC*FR CPTL ONE*DOC 36 | UNSECURED CREDITOR | 6380 |
| CB ACCOUNTS** | POB 1289, PEORIA, IL 61654 | 5 | 0.00% | | 0.00 | NO$~INFO ONLY/SCH | UNSECURED CREDITOR | VARIOUS ACCOUNTS |
| CBJ CREDIT RECOVERY | 117 W 4TH ST, POB 1132, JAMESTOWN, NY 14702-1132 | 6 | 0.00% | | 0.00 | ORHTOPEDIC SPORTS MEDCN MDCL SVCS/SCH | UNSECURED CREDITOR | 5265 |
| GEMB / OLD NAVY++ | ATTENTION: BANKRUPTCY, PO BOX 103104, ROSWELL, GA 30076 | 7 | 0.00% | | 0.00 | NO$~INFO ONLY/SCH | UNSECURED CREDITOR | 4795 |
| HSBC BANK++ | POB 5253, CAROL STREAM, IL 60197 | 8 | 0.00% | | 0.00 | NT ADR~NO$~INFO ONLY/SCH | UNSECURED CREDITOR | 9601 |
| HSBC BANK++ | POB 5253, CAROL STREAM, IL 60197 | 9 | 0.00% | | 0.00 | NT ADR~NO$~INFO ONLY/SCH | UNSECURED CREDITOR | 8600 |
| I.C. SYSTEMS INC. | 444 EAST HIGHWAY 96, P.O. BOX 64378, ST. PAUL, MN 55164 | 10 | 0.00% | | 0.00 | NO$/SCH | UNSECURED CREDITOR | 6001 |

| Creditor | Trustee Claim | Court Claim | Credit Description | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|
| **LEHRIAN AND PALO ORAL SURGERY**<br>100 STATE ST STE B102<br>ERIE, PA 16507 | 11 | | UNSECURED CREDITOR | 0100 | 0.00 | |
| **M & T BANK/CREDIT CORP**<br>ATTN: BANKRUPTCY OPERATIONS<br>1100 WEHRLE DR<br>WILLIAMSVILLE, NY 14221 | 12 | | UNSECURED CREDITOR | 0001 | 0.00 | NO$~INFO ONLY/SCH |
| **NATIONAL FUEL++**<br>POB 4103<br>BUFFALO, NY 14264 | 13 | | UNSECURED CREDITOR | 5006 | 0.00 | NT ADR~NO$~INFO ONLY/SCH*SEE CID 25 |
| **NCO FINANCIAL SYSTEMS INC(*)++**<br>507 PRUDENTIAL RD<br>HORSHAM, PA 19044 | 14 | | UNSECURED CREDITOR | VARIOUS ACCOUNTS | 0.00 | NT ADR~UPMC NW MDCL BILL/SCH |
| **PENELEC/FIRST ENERGY****<br>101 CRAWFORDS CORNER RD BLDG #1 STE 1-5<br>PO BOX 367<br>HOLMDEL, NJ 07733 | 15 | 5 | UNSECURED CREDITOR | 5263 | 3,604.06 | |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | 16 | | UNSECURED CREDITOR | 6187 | 0.00 | NT ADR~NO$~INFO ONLY/SCH |
| **SENECA PRIMARY CARE INC**<br>3529 SR 257<br>SENECA, PA 16346 | 17 | | UNSECURED CREDITOR | 2477 | 0.00 | |
| **NW EMERGENCY PHYSICIANS LLP**<br>75 REMIT DR #1877<br>CHICAGO, IL 60675-1877 | 18 | | UNSECURED CREDITOR | 9717 | 0.00 | |
| **UNITED COLLECTION BUREAU INC**<br>5620 SOUTHWYCK BLVD<br>TOLEDO, OH 43614 | 19 | | UNSECURED CREDITOR | VARIOUS ACCOUNTS | 0.00 | NW EMERGNCY PHYSCN LLP/SCH |
| **UPMC NORTHWEST**<br>PATIENT ACCOUNTS<br>POB 568<br>SENECA, PA 16346 | 20 | | UNSECURED CREDITOR | VARIOUS ACCOUNTS | 0.00 | NT ADR/SCH |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **UPMC PHYSICIAN SERVICES++**<br>C/O UPMC TREASURY DEPT<br>US STEEL TOWER - MS UST 01-41-02<br>600 GRANT ST 41ST FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: VARIOUS ACCOUNTS |
| **BANK OF AMERICA(*)**<br>7105 CORPORATE DR<br><br>PLANO, TX  75024 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 6,000.00<br>COMMENT: PD@CID24/COE*CONFIRM PAYEE*WILSHIRE CREDIT/SCH | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: ...9492 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br><br>DALLAS, TX  75261-9741 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 0.00<br>COMMENT: PAYEE/COE*BG11-12*676/PL*682.23 X 60 + 2=LMT*W1*FILED AFTER BAR*FR US B/ | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 2555 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br><br>DALLAS, TX  75261-9741 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 7,490.28<br>COMMENT: PAYEE/COE*THRU 10-12*6k/PL*FILED AFTER BAR*FR US BANK C/O SPS-DOC 47 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2555 |
| **NATIONAL FUEL GAS DISTRIB CORP**<br>POB 2081<br><br>ERIE, PA  16512 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 10.72<br>COMMENT: NUM NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8120 |
| **CONVERGENT HEALTHCARE RECOVERIES****<br>PO BOX 1289<br><br>PEORIA, IL  61654 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 264.00<br>COMMENT: NT/SCH*EMERGENCY RESOURCES MGMT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2597 |
| **CONVERGENT HEALTHCARE RECOVERIES****<br>PO BOX 1289<br><br>PEORIA, IL  61654 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 279.85<br>COMMENT: NT/SCH*CMI-COMMUNITY MEDICINE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2597 |