FILED
1/11/18 1:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                          :        Case No.:    12-11531-TPA
                                :
Lucas Daniel Ochs              :        Chapter:     13
                                :
            *Debtor(s).*        :
                                :        Date:        1/10/2018
                                :        Time:        10:00

### PROCEEDING MEMO

**MATTER:**        #54 Motion to Dismiss Case (Tee)
                   #56 Resp by Debtors

**APPEARANCES:**
                   Debtor:      Daniel P. Foster
                   Trustee:     Ronda Winnecour
**NOTES:**

Winnecour:         Due is $1,970 with debtor resuming long term payments as of March.

Foster:            Debtor believes he can complete the case, expecting a tax refund.


**OUTCOME:**       Continued to 3/7/18 at 10am.  Debtor to resume long term debt
                   payments as of March payment.  MOE


ljm