FILED
1/29/18 11:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Lucas Daniel Ochs<br><br>    Debtor<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>    Movant(s)<br><br>    Vs.<br>Lucas Daniel Ochs<br><br>    Respondent | Case No. 12-11531TPA<br><br>Chapter 13<br><br>Doc # __54__ |

**ORDER**

AND NOW, this __29th__ day of __January__, __20 18__ the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐    This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐    This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then t is **FURTHER ORDERED** as follows:

    A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

    B.    This case is administratively closed. However, the Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

    C.    The Clerk shall give notice to all creditors of this dismissal.

    D.    Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee .

1

    E.    The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1) the time deadline provided by state law; or

(2) 30 days after the date of this notice.

☐ The case is not dismissed. The plan term is extended to a total of _____ months; the monthly plan payment amount is changed to $_____ effective _____.

☐ This is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____WITH / ____WITHOUT prejudice, without further notice or hearing.

☒ Continued, generally to __March 7, 2018 at 10:00 a.m.__

    ____ Conciliation in the Office of the Ch. 13 Trustee, Ste. 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

    ____ Courtroom C, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

    XX Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501

☒ The Debtor(s) is to take over long term continuing debt payments beginning with the 3/18 payment.

☐ The total due by the Debtor to complete the Plan is $_____

☐ The case is dismissed without further notice or order unless the remaining $_____ due on the Plan base is paid on or before _____.

☐ The Oral Motion by the Trustee to withdraw the *Motion to Dismiss* is GRANTED.

☐ Other:

Dated: January 29, 2018

_/s/ Thomas P. Agresti_
Thomas P. Agresti, Judge    ljm
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 12-11531-TPA
Lucas Daniel Ochs                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1         User: bsil              Page 1 of 2              Date Rcvd: Jan 29, 2018
                 Form ID: pdf900         Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2018.

```
db             +Lucas Daniel Ochs,    367 East Bissell Avenue,    Oil City, PA 16301-2003
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX   75063)
13502556      ++AARON S INC,    PO BOX 100039,    KENNESAW GA 30156-9239
               (address filed with court: Aaron Sales & Lease Owners,    1015 Cobb Place Boulevard,
                Kennesaw, GA 30144)
13502557      #+Bank Of America,    Attn: Bankruptcy/MC: NC4-105-03-14,    Po Box 26012,
                Greensboro, NC 27420-6012
13577972       +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13502559       +Cb Accounts Inc,    124 Sw Adams Street Suite 215,    Peoria, IL 61602-2321
13502561       +Emergency Resource Management, Inc.,    Quantum One,    2 Hot Metal Street, 2nd Floor,
                Pittsburgh, PA 15203-2348
13591276       +Emergency Resources Management, Inc.,    Convergent Healthcare Recoveries,    P.O. Box 1289,
                Peoria, IL 61654-1289
13502564       +Hsbc,    90 Christiana Road,    New Castle, DE 19720-3118
13502565       +Ic Systems Inc,    Po Box 64378,    St. Paul, MN 55164-0378
13516197       +KML Law Group, P.C.,    Suite 5000 BNY Mellon Independence Cente,    701 Market Street,
                Philadelphia, PA 19106-1538
13516194       +Lehrian & Palo Oral Surgery,    100 State Street,    Suite B102,    Erie, PA 16507-1462
13502566        M&t Credit Services LLC,    1100 Worley Drive,    Consumer Asset Management 2nd Floor/Attn,
                Williamsville, NY 14221
13502567       +National Fuel Gas Supply Corp,    6363 Main Street,    Buffalo, NY 14221-5887
13502568        Nco Financial,    Po Box 13574,    Philadelphia, PA 19101
13502569       +Northwest Emergency Physicians, LLP,    75 Remit Drive #1877,    Chicago, IL 60675-0001
13502570       +Orthopaedic & Sports Medicine of Erie PC,    100 Peach Street,    Suite 400,
                Erie, PA 16507-1423
13502572       +PNC Bank,    P.O. Box 5570,    Cleveland, OH 44101-0570
13502571       +Pennsylvania Electric Company,    a First Energy Company,    331 Newman Springs Road, Bldg 3,
                Red Bank, NJ 07701-5688
13502573       +S C Shialabba  Jr. D M D,    45 Seneca St Suite 208,    Oil City, PA 16301-1355
13516195       +Seneca Primary Care, Inc.,    3529 State Route 257,    Seneca, PA 16346-2931
13671245       +U.S. Bank, National Association, as Trustee,    c/o KML Law Group, P.C.,
                701 Market Street, Ste. 5000,    Philadelphia, PA 19106-1541
13502576        UPMC Northwest,    P.O. Box 382059,    Pittsburgh, PA 15250-8059
13516196       +UPMC Physician Services,    POB 382046,    Pittsburgh, PA 15250-0001
13502574       +United Collection,    5620 Southwyck Boulevard Ste,    Toledo, OH 43614-1501
13502575       +United Collection Bureau Inc,    5620 Southwyck Boulevard Ste,    Toledo, OH 43614-1501
13502577       +Wilshire Credit Corp/Bank of America,    Bank of America N.A.,    450 American Street,
                Simi Valley, CA 93065-6285
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
13502560       +E-mail/Text: matthartweg@cbjcredit.com Jan 30 2018 02:12:18      Cbj Credit Recovery,
                117 West 4th Street,    Jamestown, NY 14701-5005
13502562       +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:17:38       GEMB / Old Navy,
                Attention: GEMB,    Po Box 103104,    Roswell, GA 30076-9104
13558844       +E-mail/Text: Bankruptcy@natfuel.com Jan 30 2018 02:11:39      National Fuel,    Legal Dept.,
                P.O. Box 2081,    Erie, PA 16512-2081
13623954       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2018 02:25:15
                PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
                                                                                              TOTAL: 4
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr              BANK OF AMERICA, N.A.
cr*            +Northwest Emergency Physicians, LLP,    75 Remit Drive #1877,    Chicago, IL 60675-0001
cr*            +PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13843946*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                Lewisville, TX 75067)
13502558      ##+Capital One,    Po Box 5253,    Carol Stream, IL 60197-5253
13502563      ##+Hsbc,    Attn: Bankruptcy Department,    Po Box 5263,    Carol Stream, IL 60197-5263
                                                                              TOTALS: 1, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-1           User: bsil                   Page 2 of 2                   Date Rcvd: Jan 29, 2018
                               Form ID: pdf900              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2018 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Daniel P. Foster    on behalf of Debtor Lucas Daniel Ochs dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```