FILED
3/8/18 12:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 12-11531-TPA |
| Lucas Daniel Ochs | : | Chapter: | 13 |
| *Debtor(s).* | : | Date: | 3/7/2018 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:** #54 Cont. Motion to Dismiss Case

**APPEARANCES:**
Debtor:   Daniel P. Foster
Trustee:  Jana Pail

**NOTES:**

Pail:   $307 is needed plus take over of long term debt

**OUTCOME:** Continued to 4/4/18 at 10am / MOE

*[signature]*

ljm