# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    LUCAS DANIEL OCHS

         Debtor(s)

Ronda J. Winnecour, Trustee
   Movant
       vs.
LUCAS DANIEL OCHS

     Respondents

Case No.12-11531TPA

Chapter 13

Document No. ___63___

FILED
3/12/18 9:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

---

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___12th___ day of ___March___ , 20_18_, it is hereby ORDERED, ADJUDGED, and DECREED that,

G.O. Carlson Inc
Attn: Payroll Manager
175 Main St
Oil City,PA 16301

is hereby ordered to immediately terminate the attachment of the wages of LUCAS DANIEL

OCHS, social security number XXX-XX-2597.  No future payments are to be sent to Ronda J.

Winnecour, Trustee on behalf of LUCAS DANIEL OCHS.

BY THE COURT:

**ljm**

_____
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-11531-TPA
Lucas Daniel Ochs                                                   Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: bsil           Page 1 of 1              Date Rcvd: Mar 12, 2018
                             Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2018.
db            +Lucas Daniel Ochs,    367 East Bissell Avenue,    Oil City, PA 16301-2003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Daniel P. Foster    on behalf of Debtor Lucas Daniel Ochs dan@mrdebtbuster.com,
          clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                          TOTAL: 4